# Exhibit A

**EEOC Received August 29, 2023**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 440-2023-09723 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.)<br>Ms. Sandra Sexton | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address | City, State and ZIP Code | Email Address |
| Street Address<br>c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | City, State and ZIP Code | Email Address<br>mbadwan@sulaimanlaw.com |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Saint Xavier University | No. Employees, Members<br>15+ | Phone No. (Include Area Code)<br>(773) 298-3452 |
|---|---|---|
| Street Address<br>3700 West 103rd Street | City, State and ZIP Code<br>Chicago, IL, 60655-3105 | Email Address<br>N/A |
| Name | No. Employees, Members<br>15+ | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | Email Address |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify below.) | Earliest: 7/2023   Latest: 7/2023<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, Sandra Sexton, was hired at Saint Xavier University as a dispatch officer on or around November 2014, until I was unlawfully terminated on or about July 31, 2023, on the basis of my disability. I have a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

On or about July 31, 2023, I was denied the necessary opportunities for lunch and breaks, which were part of my daily expectations. Unfortunately, the absence of these provisions significantly impacts my disability, often leading to severe flareups that debilitate me. Regrettably, during my shift, I experienced one such flareup, which caused significant illness related to my disability with approximately thirty minutes left. Recognizing my inability to continue, I promptly notified my direct manager, Christina Weiss, about my deteriorating condition and requested to be excused.

Upon returning on my next scheduled workday, I was informed of my termination, a clear instance of discrimination against my disability. This action by the company is troubling because it not only prevented me from accessing necessary accommodations throughout the day to address my disability but also resulted in my termination due to a flareup.

In failing to provide the accommodations required to cater to my disability and subsequently terminating me due to a flareup, my employer effectively denied my request for reasonable accommodation and therefore did not engage with me in an interactive process to determine the appropriate accommodation as required by the ADA.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08 / 29 / 2023<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Doc ID: 0a9ae37c40d829d80b9b8dc84fe94a1bd90aebb6

EEOC Received August 29, 2023

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Doc ID: 0a9ae37c40d829d80b9b8dc84fe94a1bd90aebb6

**EEOC Received August 29, 2023**

## Dropbox Sign

Audit trail

| | |
|---|---|
| Title | Final EEOC Charge- Please review and sign |
| File name | FINAL EEOC Charge Sandra Sexton.pdf |
| Document ID | 0a9ae37c40d829d80b9b8dc84fe94a1bd90aebb6 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 08 / 29 / 2023 19:50:58 UTC — Sent for signature to Sandra Sexton (sextonsj1@comcast.net) from cnieves@sulaimanlaw.com
IP: 50.221.176.242

**VIEWED** — 08 / 29 / 2023 19:52:46 UTC — Viewed by Sandra Sexton (sextonsj1@comcast.net)
IP: 174.192.73.134

**SIGNED** — 08 / 29 / 2023 20:35:58 UTC — Signed by Sandra Sexton (sextonsj1@comcast.net)
IP: 71.239.62.87

**COMPLETED** — 08 / 29 / 2023 20:35:58 UTC — The document has been completed.

Powered by Dropbox Sign